DocuSign Envelope ID: D8A3689B-4892-49AA-91AE-C7A0CA7E2164

Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Wilbert Napoleon, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>vs.<br><br>Amazon.com, Inc.,<br><br>    *Defendant.* | **CLRA Venue Declaration** |

DocuSign Envelope ID: D8A3689B-4892-49AA-91AE-C7A0CA7E2164

**CLRA Venue Declaration**

I, Wilbert Napoleon, declare as follows:

1. I am the named Plaintiff in this action.
2. In June 2023, I renewed my annual Amazon Prime subscription while living in Eastvale, California.
3. I understand that, because Defendant is headquartered in Seattle, Washington, therefore this is a proper place to bring my California Consumer Legal Remedies Act claim.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct to the best of my knowledge.

Date: 2/8/2024

By: *Wilbert Napoleon*
        89B570CEAFB648C...

Wilbert Napoleon