THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wilbert Napoleon, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Amazon.com, Inc.,<br><br>Defendant. | Case No.: 2:24-cv-00186-BJR<br><br>**NOTICE OF APPEARANCE OF BRIAN D. BUCKLEY** |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Amazon.com, Inc. files this Notice of Appearance and hereby notify the Court that Brian D. Buckley, of the law firm of Fenwick & West LLP, is hereby appearing as counsel for Defendant in the above-referenced matter, without waiver of, or prejudice to, any of Defendant's defenses and arguments, including but not limited to insufficiency of process. Mr. Buckley's email addresses, for purposes of receipt of Notices of Electronic Filing, are: BBuckley@fenwick.com and AvonHartmann@fenwick.com. For other purposes, contact information for counsel is set forth below. Defendant requests that Mr. Buckley be included on the Court's and parties' services lists.

/////

/////

/////

| | | |
|---|---|---|
|1| Dated: February 14, 2024 | Respectfully submitted, |
|2| | FENWICK & WEST LLP |

By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423
    401 Union Street
    5th Floor
    Seattle, WA  98101
    Telephone:  206.389.4510
    Facsimile:  206.389.4511
    Email:  bbuckley@fenwick.com

*Counsel for Defendant Amazon.com, Inc.*