THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wilbert Napoleon, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Amazon.com, Inc.,<br><br>Defendant. | Case No.: 2:24-cv-00186-BJR<br><br>**FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Amazon.com, Inc., through its undersigned counsel, states that it has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: February 14, 2024          Respectfully submitted,

FENWICK & WEST LLP


By: */s/ Brian D. Buckley*
      Brian D. Buckley, WSBA No. 26423
      401 Union Street
      5th Floor
      Seattle, WA  98101
      Telephone:  206.389.4510
      Facsimile:   206.389.4511
      Email:        bbuckley@fenwick.com

*Counsel for Defendant Amazon.com, Inc.*