THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wilbert Napoleon, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Amazon.com, Inc.,<br><br>    Defendant. | Case No.: 2:24-CV-00186-BJR<br><br>**STIPULATED MOTION TO EXTEND DEADLINES TO AMEND AND RESPOND TO COMPLAINT AND ORDER** |

## STIPULATED MOTION

Plaintiff Wilbert Napoleon and Defendant Amazon.com, Inc. (together, the "Parties") hereby stipulate to extend the deadlines to amend and respond to the Complaint.

On February 9, 2024, Plaintiff filed his putative Class Action Complaint. Dkt. No. 1. On February 15, 2024, Plaintiff served Defendant with the Complaint. Dkt. No. 16. To accommodate schedules, the Parties agree and respectfully request that the Court extend Defendant's deadline to answer or otherwise respond to the Complaint, and Plaintiff's deadline to amend his Complaint under Fed. R. Civ. P. 15(a)(1), to March 28, 2024.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, that the Parties' respective deadlines to respond to and amend the Complaint both be extended to **March 28, 2024**.

| | | |
|---|---|---|
| 1 | Dated: February 27, 2024 | Respectfully submitted, |
| 2 | | FENWICK & WEST LLP |
| 3 | | |
| 4 | | By: */s/ Brian D. Buckley* |
| | | Brian D. Buckley, WSBA No. 26423 |
| 5 | | |
| 6 | | 401 Union Street, 5th Floor |
| | | Seattle, WA  98101 |
| 7 | | Telephone:  206.389.4510 |
| | | Email:   bbuckley@fenwick.com |
| 8 | | *Attorneys for Defendant Amazon.com, Inc.* |

CARSON & NOEL PLLC

By: */s/ Wright A. Noel*
Wright A. Noel, WSBA No. 25264

Wright A. Noel, WSBA No. 25264
20 Sixth Ave. NE
Issaquah WA 98027 Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

Christin Cho (Cal. Bar No. 238173)
Email: christin@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
Email: jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
Email: simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff Wilbert Napoleon*

**IT IS SO ORDERED.** Dated:  February 28, 2024.

*Barbara J. Rothstein* (signature)

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO EXTEND
DEADLINES TO RESPOND TO AND
AMEND COMPLAINT
CASE NO.: 2:24-CV-00186-BJR

- 2 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON  98101

1  Presented by:

2  FENWICK & WEST LLP

3

4  By: */s/ Brian D. Buckley*
   Brian D. Buckley, WSBA No. 26423

5  401 Union Street, 5th Floor
   Seattle, WA 98101
6  Telephone: 206.389.4510
   Facsimile: 206.389.4511
7  Email:      bbuckley@fenwick.com

8  *Attorneys for Amazon.com, Inc.*

STIPULATED MOTION TO EXTEND DEADLINES TO RESPOND TO AND AMEND COMPLAINT
CASE NO.: 2:24-CV-00186-BJR

- 3 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101