THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILBERT NAPOLEON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No.: 2:24-CV-00186-BJR<br><br>**STIPULATED MOTION TO EXTEND DEADLINES AND ORDER** |

## **STIPULATED MOTION**

Plaintiff Wilbert Napoleon and Defendant Amazon.com, Inc. hereby stipulate to extend the deadlines to respond to the Complaint and initial discovery deadlines.

On February 9, 2024, Plaintiff filed his putative Class Action Complaint. Dkt. No. 1. On February 15, 2024, Plaintiff served Defendant with the Complaint. Dkt. No. 16. On February 28, 2024, pursuant to the parties' stipulated motion to extend deadlines to amend and respond to Complaint, the Court extended the time for Amazon to answer or otherwise respond to the Complaint to March 28, 2024. Dkt. No. 18.

On March 12, 2024 and March 20, 2024, Amazon filed notices of related cases in this action with respect to *Natalie Gianne et al. v. Amazon.com, Inc.*, Case No. 2:24-cv-00309-RSM, assigned to the Honorable Ricardo S. Martinez, and *Timothy Peterson et al. v. Amazon.com, Inc.*, Case No. 2:24-cv-00364-JHC, assigned to the Honorable John H. Chun. Dkt. Nos. 23 and 26.

STIPULATED MOTION TO EXTEND DEADLINES
CASE NO.: 2:24-CV-00186-BJR
- 1 -
Fenwick & West LLP
401 Union Street, 5th Floor
Seattle, Washington 98101

On March 22, 2024, pursuant to the parties stipulated motion to extend deadlines, the Court extended Amazon's deadline to respond to the Complaint, Plaintiff's deadline to amend the Complaint, and the initial discovery deadlines.  Dkt. No. 27.

Since then, Plaintiff's counsel has informed Amazon that they are conferring with plaintiffs' counsel in the *Gianne* and *Peterson* cases regarding potential consolidation of those actions with this action.  In light of the parties' ongoing conferral regarding consolidation, the parties agree and respectfully request that the Court extend the following deadlines for good cause:

| | |
|---|---|
| Deadline for Rule 26(f) Conference | May 22, 2024 |
| Deadline for Amazon to Respond to the Complaint | May 29, 2024 |
| Deadline for Plaintiff to Amend Complaint, under Fed. R. Civ. P 15(a) | Either May 29, 2024; or 21 days after service of Amazon's responsive pleading or 21 days after service of Amazon's motion under Rule 12(b), (e), or (f), whichever is earlier |
| Initial Disclosures Pursuant to Rule 26(a)(1) | May 29, 2024 |
| Combined Joint Status Report and Discovery Plan as Required by Rule 26(f) and Local Civil Rule 26(f) | June 5, 2024 |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties, and respectfully submitted for the Court's approval, that the above deadlines be reset as requested.

Dated:  April 4, 2024        Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Email:  bbuckley@fenwick.com
*Attorneys for Defendant Amazon.com, Inc.*

DOVEL & LUNER, LLP

By: /s/ Jonas B. Jacobson
Jonas B. Jacobson (*pro hac vice*)

Christin Cho (*pro hac vice*)
Simon Franzini (*pro hac vice*)
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
Email: jonas@dovel.com
Email: christin@dovel.com
Email: simon@dovel.com

CARSON & NOEL PLLC
Wright A. Noel, WSBA No. 25264
20 Sixth Ave. NE
Issaquah WA 98027
Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

*Attorneys for Plaintiff Wilbert Napoleon*

**IT IS SO ORDERED.**

DATED this 9th day of April, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:
FENWICK & WEST LLP

By: /s/ Brian D. Buckley
Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email:    bbuckley@fenwick.com
*Attorneys for Amazon.com, Inc.*