THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATALIE GIANNE, NIKKI SANDERS, CHARLES BAUBLITZ, JEFF WISEMAN, KATRINA ERICKSON, PORSCHE HOLMES, and ASHLEY SCARBOROUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM INC.,<br><br>Defendant. | Case No.: 2:24-cv-00186-BJR<br><br>**STIPULATION REGARDING CASE CAPTION AND BRIEFING SCHEDULE** |

## STIPULATION

The parties jointly and respectfully request that the Court take two actions.  First, these consolidated cases were joined under the caption *Napoleon v. Amazon.com, Inc.*, but in Plaintiffs' recently filed Consolidated Class Action Complaint ("CACC") (Dkt. 49), Mr. Napoleon is no longer a named plaintiff.  To avoid confusion, the parties request that the case be re-captioned "In re Amazon Prime Video Litigation."

Second, Amazon intends to file a motion to dismiss the CACC.  The parties have agreed to, and ask the Court to approve, the following briefing schedule for Amazon's motion:

| | |
|---|---|
| Amazon's Motion | October 4, 2024 |
| Plaintiffs' Opposition | November 4, 2024 |
| Amazon's Reply | November 22, 2024 |

1    Having agreed and stipulated to the above actions, the parties jointly request that the Court
2    amend the case caption and approve the above briefing schedule.

3    Dated:  September 9, 2024                Respectfully submitted,

4                                             FENWICK & WEST LLP

5
                                             By: */s/ Brian D. Buckley*
6                                                 Brian D. Buckley
                                                  401 Union Street, 5th Floor
7                                                 Seattle, WA  98101
                                                  Telephone:  206.389.4510
8                                                 Facsimile:   206.389.4511
                                                  Email:       bbuckley@fenwick.com
9
                                                 *Attorney for Defendant Amazon.com Inc.*
10

11                                           TOUSLEY BRAIN STEPHENS PLLC

12                                           By: *s/ Kim D. Stephens, P.S.*
                                                  Kim D. Stephens, P.S., WSBA # 11984
13                                                Rebecca L. Solomon, WSBA # 51520
                                                  1200 Fifth Avenue, Suite 1700
14                                                Seattle, WA  98101
                                                  Tel: 206.682.5600
15                                                Fax: 206.682.2992
                                                  kstephens@tousley.com
16                                                rsolomon@tousley.com

17                                           GIBBS LAW GROUP LLP
                                             Rosemary Rivas (Admitted *pro hac vice*)
18                                           Amanda M. Karl (Admitted *pro hac vice*)
                                             Rosanne L. Mah (Admitted *pro hac vice*)
19                                           1111 Broadway, Suite 2100
                                             Oakland, CA 94607
20                                           Tele: 510.350-9700/Fax: 510.350-9701
                                             rmr@classlawgroup.com
21                                           amk@classlawgroup.com
                                             rlm@classlawgroup.com
22
                                             *Plaintiffs Interim Lead Counsel*
23
     **IT IS SO ORDERED.**
24

25   DATED this 19th day of September, 2024.

26

27   _____
     Barbara Jacobs Rothstein
28   U.S. District Court Judge

1  Presented by:

2  FENWICK & WEST LLP

3  By: */s/ Brian D. Buckley*

4  Brian D. Buckley
   401 Union Street, 5th Floor

5  Seattle, WA  98101
   Telephone: 206.389.4510

6  Email:  bbuckley@fenwick.com

7  *Attorney for Defendant Amazon.com Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101