THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE AMAZON PRIME VIDEO LITIGATION | Case No.: 2:24-cv-00186-BJR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

## STIPULATED MOTION

On February 7, 2025, the Court dismissed Plaintiffs' Consolidated Class Action Complaint without prejudice and gave Plaintiffs 30 days to file an amended complaint. Dkt. No. 70.

On March 7, 2025, Plaintiffs filed a first amended consolidated complaint (the "FACC"). Dkt. No. 71.

Amazon intends to file a motion to dismiss the FACC. Through their respective counsel, the parties have agreed to, and ask the Court to approve, the following briefing schedule for Amazon's motion:

| | |
|---|---|
| Amazon's Motion | April 11, 2025 |
| Plaintiffs' Opposition | May 12, 2025 |
| Amazon's Reply | May 30, 2025 |

Having agreed and stipulated to the above schedule, the parties jointly request that the Court approve the above briefing schedule.

| | | |
|---|---|---|
| 1 | Dated: March 17, 2025 | Respectfully submitted, |
| 2 | | FENWICK & WEST LLP |
| 3 | | |
| 4 | | By: */s/ Brian D. Buckley*<br>Brian D. Buckley, WSBA No. 26423 |
| 5 | | Y. Monica Chan, WSBA No. 58900<br>401 Union Street, 5th Floor |
| 6 | | Seattle, WA  98101<br>Telephone:  206.389.4510 |
| 7 | | Facsimile:   206.389.4511<br>Email:          bbuckley@fenwick.com |
| 8 | |       mchan@fenwick.com |
| 9 | | Jedediah Wakefield (admitted *pro hac vice*)<br>555 California Street, 12th Floor |
| 10 | | San Francisco, CA 94104<br>Telephone:  415.875.2300 |
| 11 | | Facsimile:   415.281.1350<br>Email:          jwakefield@fenwick.com |
| 12 | | |
| 13 | | Irene Aguirre (admitted *pro hac vice*)<br>801 California Street<br>Mountain View, CA 94041 |
| 14 | | Telephone:  650.988.8500<br>Facsimile:   650.938.5200 |
| 15 | | Email:          iaguirre@fenwick.com |
| 16 | | *Attorneys for Defendant*<br>*AMAZON.COM, INC.* |
| 17 | | TOUSLEY BRAIN STEPHENS PLLC |
| 18 | | |
| 19 | | By: */s/ Rosemary M. Rivas*<br>Kim D. Stephens, P.S., WSBA # 11984<br>Rebecca L. Solomon, WSBA # 51520 |
| 20 | | 1200 Fifth Avenue, Suite 1700<br>Seattle, WA  98101 |
| 21 | | Tel: 206.682.5600<br>Fax: 206.682.2992 |
| 22 | | kstephens@tousley.com<br>rsolomon@tousley.com |
| 23 | | GIBBS LAW GROUP LLP |
| 24 | | Rosemary M. Rivas (Admitted *pro hac vice*)<br>Amanda M. Karl (Admitted *pro hac vice*) |
| 25 | | Rosanne L. Mah (Admitted *pro hac vice*)<br>1111 Broadway, Suite 2100 |
| 26 | | Oakland, CA 94607<br>Tele: 510.350-9700/Fax: 510.350-9701 |
| 27 | | rmr@classlawgroup.com<br>amk@classlawgroup.com |
| 28 | | rlm@classlawgroup.com |

*Plaintiffs Interim Lead Counsel*

**IT IS SO ORDERED.**

DATED this 20th day of March, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

FENWICK & WEST LLP

By: /s/ Brian D. Buckley
    Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

*Counsel for Defendant* AMAZON.COM INC.

STIPULATION REGARDING
BRIEFING SCHEDULE
Case No. 2:24-CV-00186-BJR

- 4 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101