# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE AMAZON PRIME VIDEO LITIGATION

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 24-cv-00186-BJR

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court dismisses Plaintiffs' claims with prejudice and without leave to amend. This matter is hereby closed.

Dated 16th day of July 2025.

s/Ravi Subramanian
Clerk of Court

s/Carrie Smith
Deputy Clerk